IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR215 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GIAVANA CARRILLO, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to expedite sentencing (Filing No. 133).

IT IS ORDERED that the Defendant's motion to expedite sentencing (Filing No. 133) is held in abeyance until the Court (1) rules on the pending Findings and Recommendation regarding the plea, (2) receives the updated Presentence Investigation Report, and files its Tentative Findings.

DATED this 7th day of December, 2009.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge